UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWER THE FUTURE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | Civil Action No. 24-2169 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's October 9, 2024, Minute Order, Defendant Department of the Interior ("DOI") and Plaintiff Power the Future, (collectively, "the Parties") conferred and respectfully submit the following status on this Freedom of Information Act ("FOIA") case:

1. On June 7, 2024, Plaintiff submitted a FOIA request to DOI seeking non-email, non-text message "chats" of Kate Kelly over a six-month period. ECF No. 1 at 3.

2. DOI has completed the search for documents potentially responsive to Plaintiff's FOIA request and identified approximately 4,500 pages of potentially responsive documents.

3. As previously reported, DOI made its first interim production on November 15, 2024, consisting of five hundred pages released in part. An additional eighty-one pages require consultation with outside entities and will be included in a future production.

4. Since the last joint status report, DOI issued its second interim production on December 16, 2024, consisting of 444 pages released in part. Defendant represents that an additional fifty-nine pages require consultation with outside entities and will be included in a future production.

5.  DOI issued its third interim production on January 15, 2025, consisting of 425 pages released in part. Defendant represents that an additional seventy-two pages require consultation with outside entities and will be included in a future production.

6.  DOI's next production will be issued on or about February 18, 2025.

7.  Pursuant to the Court's order, the parties will file a further Joint Status Report on or before April 8, 2025, and every sixty days thereafter, until the production of documents is complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings.

Dated: February 7, 2025                                  Respectfully submitted,

*/s/ Matthew D. Hardin*                                  EDWARD R. MARTIN, JR.,
MATTHEW D. HARDIN                                        D.C. Bar #481866
D.C. Bar #1032711                                        United States Attorney
Hardin Law Office
101 Rainbow Drive #11506                                 BRIAN P. HUDAK
Livingston, TX 77399                                     Chief, Civil Division
(202) 802-1948
MatthewDHardin@protonmail.com                            By: */s/ Kaitlin K. Eckrote*
                                                         KAITLIN K. ECKROTE
*Counsel for Plaintiff*                                  D.C. Bar #1670899
                                                         Assistant United States Attorney
                                                         601 D Street NW
                                                         Washington, D.C. 20530
                                                         (202) 252-2485
                                                         Kaitlin.eckrote@usdoj.gov

                                                         *Counsel for the United States of America*